

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No. 3:13CR 022 |
| | ) |
| v. | ) 18 U.S.C. § 2252A(a)(2)(A) |
| | ) Distribution of Child Pornography |
| DAVID EDWARD SLEEZER, | ) (Counts 1-2) |
| *Defendant* | ) |
| | ) 18 U.S.C. § 2252A(a)(2)(A) |
| | ) Receipt of Child Pornography |
| | ) (Counts 3-5) |
| | ) |
| | ) 18 U.S.C. § 2253 |
| | ) Forfeiture Notice |

## INDICTMENT

February 2013 Term — At Richmond, Virginia.

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Distribution of Child Pornography)

On or about September 29, 2012, in the Eastern District of Virginia, the defendant, DAVID EDWARD SLEEZER, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, to wit, one digital image file entitled, "mixed pics pthc ptsc young ones-37(2)(2).jpg," which depicts an actual child engaging in sexually explicit conduct as defined by Title 18, United States Code, Section 2256(2)(A).

(In violation of Title 18, United States Code, Section 2252A(a)(2)(A).)

## COUNT TWO
(Distribution of Child Pornography)

On or about October 9, 2012, in the Eastern District of Virginia, the defendant, DAVID EDWARD SLEEZER, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, to wit, digital video files with the following file names:

"cbaby-toddler girl katy [daddy cums again part 2] (4).mpg"

"(pthc) kgirl – anal.avi"

each of the foregoing depicting an actual child engaging in sexually explicit conduct as defined by Title 18, United States Code, Section 2256(2)(A).

(In violation of Title 18, United States Code, Section 2252A(a)(2)(A).)

## COUNT THREE
(Receipt of Child Pornography)

On or about December 28, 2012, in the Eastern District of Virginia, the defendant, DAVID EDWARD SLEEZER, knowingly received child pornography as defined by Title 18, United States Code, Section 2256(8)(A), that had been mailed, and using any means or facility of interstate or foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer to wit: one video file entitled "(pthc) toddler girl - !!!new dori neocompilation," which depicts an actual child engaging in sexually explicit conduct

2

as defined by Title 18, United States Code, Section 2256(2)(A).

(In violation of Title 18, United States Code, Section 2252A(a)(2)(A)).

## COUNT FOUR
(Receipt of Child Pornography)

On or about ~~December 29~~ January 22, 20~~12~~ 13, in the Eastern District of Virginia, the defendant, DAVID EDWARD SLEEZER, knowingly received child pornography as defined by Title 18, United States Code, Section 2256(8)(A), that had been mailed, and using any means or facility of interstate or foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: one video file entitled "(pthc) tara 9yr – masturbates vibrator and double fingers – august 22nd, 2007," which depicts an actual child engaging in sexually explicit conduct as defined by Title 18, United States Code, Section 2256(2)(A).

(In violation of Title 18, United States Code, Section 2252A(a)(2)(A)).

## COUNT FIVE
(Receipt of Child Pornography)

On or about ~~January 22, 2013~~ December 28, 2012, in the Eastern District of Virginia, the defendant, DAVID EDWARD SLEEZER, knowingly received child pornography as defined by Title 18, United States Code, Section 2256(8)(A), that had been mailed, and using any means or facility of interstate or foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: one video file entitled "(new) 6yr_taste (w-sound),"

3

which depicts an actual child engaging in sexually explicit conduct as defined by Title 18, United States Code, Section 2256(2)(A).

(In violation of Title 18, United States Code, Section 2252A(a)(2)(A)).

## FORFEITURE NOTICE

Pursuant to Rule 32.2(a) FED. R. CRIM. P., the defendant is hereby notified that, if convicted of any of the above Counts 1 through 5, the United States will seek forfeiture of the defendant's interest in any visual depiction produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Sections 2251 *et seq.*, and any property, real or personal, constituting or traceable to gross profits or other proceeds or used or intended to be used to commit or promote the commission of such offense(s), including, but not limited to the following:

> One (1) Dell Windows XP Home Edition, Service Tag: HBD1Y41, with assorted peripheral devices;
>
> One (1) 4 GB Flash Voyager USB Thumbdrive;
>
> One (1) 4 GB San Disk Cruzer Blade;
>
> Seven (7) CDs.

(In accordance with Title 18, United States Code, Section 2253).

A TRUE BILL:

_____
FOREPERSON

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

/s/
Brian R. Hood
Assistant United States Attorney