CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION
JUDGE: Novak  DOCKET NO. 3:13CR022 (REP)
REPORTER: FTR  DATE: April 16, 2013

UNITED STATES OF AMERICA  COUNSEL
v.

1. David Edward Sleezer   1. Michael Hu Young
   45 yrs old
2. ___   2. ___
3. ___   3. ___
4. ___   4. ___

APPEARANCES: GOVERNMENT Brian R. Hood (✓)
DEFENDANT WITH COUNSEL (✓)  DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )  WAIVER OF APPEARANCE FILED ( )

BAIL STATUS: DEFENDANT ON BOND ( )  DEFENDANT INCARCERATED (✓)  BOND NOT SET ( )

TYPE OF PROCEEDINGS: ARRAIGNMENT ( )  REARRAIGNMENT/GUILTY PLEA (✓)  MOTIONS ( )
OTHER: ___ ( )

PRELIMINARY PROCEEDINGS: WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER (✓) Rule 11 Waiver

ARRAIGNMENT PROCEEDINGS:

| | DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|---|
| 1 | | ✓ | | ✓ | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |

GUILTY PLEA PROCEEDINGS:
DEFENDANT WITHDREW PLEA OF NG AS TO COUNT(S) 2 (✓)
DEFENDANT REARRAIGNED ON COUNT(S) 2 (✓)
PLEA BARGAIN AGREEMENT FILED (✓)
STATEMENT OF FACTS FILED (✓)  USED AS SUMMARY (✓)
DEFENDANT ENTERED PLEA(S) OF GUILTY AS TO COUNT(S) 2 (✓)
COURT ACCEPTED PLEA (✓)  GOVERNMENT SUMMARIZED EVIDENCE (✓)
JUDGMENT: DEFENDANT GUILTY AS CHARGED IN COUNT(S) 2 (✓)
PRESENTENCE REPORT ORDERED (✓)  P.S.I. WAIVED ( )
SENTENCING GUIDELINE ORDER ENTERED (✓)

BOND HEARING PROCEEDINGS:
DEFENDANT CONTINUED ON PRESENT BOND ( )  DEFT REMANDED (✓)
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $___ ( )
BENCH WARRANT TO ISSUE ( )  MOTION DENIED ( )

OTHER PROCEEDINGS:
( ) Government motion to unseal Indictment; granted.
( ) Motions to be filed within ___ days; Responses due ___ days thereafter; ___ days for Reply. Contact Chambers to schedule oral argument, if necessary.
( ) Jury Instructions to be filed one (1) week prior to trial.
( ) Agreed Discovery Order presented; entered by Court.
( ) Motion of Defendant(s) for continuance of trial beyond 70 days; granted.

CASE CONTINUED TO: July 18, 2013 AT 10:00 A.M. FOR Sentencing

CASE SET: 11:30  BEGAN: 11:27  ENDED: 12:00  TIME IN COURT: