IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



UNITED STATES OF AMERICA, )
)
v. ) Criminal No. 3:13CR022
)
DAVID EDWARD SLEEZER, )
        *Defendant.* )
_____ )

## CONSENT ORDER OF FORFEITURE

BASED UPON the terms of the plea agreement between the United States of America and defendant, and finding that there is a requisite nexus between the property listed below and the offense to which the defendant has pled guilty, and that the defendant had a legal interest in said property, IT IS HEREBY ORDERED:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. § 2253:

> One (1) Dell Windows XP Home Edition, Service Tag: HBD1Y41, with assorted peripheral devices;
>
> One (1) enhanced gain Wi-Fi antenna
>
> One (1) 4GB Flash Voyager USB Thumbdrive;
>
> One (1) 4GB San Disk Cruzer Blade; and
>
> Six (6) CDs.

2. The United States, or its agent, may take possession and maintain custody of the above-described tangible property.

3. The United States shall, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the seized property, and shall publish notice of this order in accordance with Federal Rule of Criminal Procedure 32.2(b)(6).

4. Any person, other than the defendant, asserting any legal interest in the property may, within thirty days of the publication of notice or the receipt of notice, whichever is earlier, petition the court for a hearing to adjudicate the validity of their alleged interest in the property.

5. Following the Court's disposition of all timely petitions filed, a final order of forfeiture shall be entered. If no third party files a timely petition, this order shall become the *final* order of forfeiture, and the United States shall have clear title to the property and shall dispose of the property in accordance with law.

It is so ORDERED.

April 17, 2013
Date

/s/ REP
Robert E. Payne
Senior United States District Judge

The parties stipulate and agree that the aforementioned assets constitute property involved in or used in any knowing violation of the offense charged and are subject to forfeiture pursuant to 18 U.S.C. § 2253(a)(3). The defendant hereby waives the requirements of Federal Rules of Criminal Procedure 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, and announcement of the forfeiture at sentencing and consent to the entry of this order.

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

_____
Brian R. Hood
Assistant United States Attorney

_____
DAVID EDWARD SLEEZER
Defendant

_____
Michael HuYoung
Counsel for Defendant