# ATTACHMENT 1

