# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Edward Sleezer | ) | Case No.  3:13CR022 |
| | ) | |
| _Defendant_ | ) | |

*COPY*

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Evan S. Nelson, Ph.D.
Forensic Psychology Associates, P.C.
5900 Harbour Park Drive
Midlothian, VA 23112

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Court - Eastern District of Virginia - Richmond Division, 701 East Broad Street, Richmond, VA 23219 | Courtroom No.: | Judge Payne; 7th Floor, Rm 7400 |
|---|---|---|---|
| | | Date and Time: | 07/18/2013 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  **07/12/2013**

_CLERK OF COURT_

_____

_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    David Edward Sleezer _____, who requests this subpoena, are:

Michael HuYoung, Esquire
Barnes & Diehl, PC
Three Paragon
6806 Paragon Place, Suite 110
Richmond, VA 23230
Telephone: (804) 414-1602
Facsimile:  (804) 762-9654