AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the

FILED

JUL 24 2013

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Edward Sleezer | ) | Case No.  3:13CR022 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Evan S. Nelson, Ph.D.
Forensic Psychology Associates, P.C.
5900 Harbour Park Drive
Midlothian, VA 23112

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Court - Eastern District of Virginia - Richmond Division, 701 East Broad Street, Richmond, VA 23219 | Courtroom No.: | Judge Payne; 7th Floor, Rm 7400 |
|---|---|---|---|
| | | Date and Time: | 07/25/2013  2:30 pm |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

**Fernando Galindo, Clerk**

Date:   07/19/2013

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   David Edward Sleezer
, who requests this subpoena, are:

Michael HuYoung, Esquire
Barnes & Diehl, PC
Three Paragon
6806 Paragon Place, Suite 110
Richmond, VA 23230
Telephone: (804) 414-1602
Facsimile:  (804) 762-9654

# Affidavit of Service

**Service by Private Process**

I, the undersigned _Derek Baylor_ do hereby certify that I am over eighteen years of age, am not a party to or otherwise interested in the subject matter in controversy, and I further attest that on the _19th_ day of _July_, 2013, at _2:30_ am / pm, I served:

### Forensic Psychology Associates, P.C.
### Attn: Evan S. Nelson, Ph.D.
### 5900 Harbour Park Drive
### Midlothian, VA 23112

the attached:

- O  Subpoena Duces Tecum          O  Witness Subpoena          O  Summons & Complaint

**X  Other: Subpoena to Testify at a Hearing or Trial in a Criminal Case**

- o  Personal Service: _____
- o  Registered Agent: _____

Being unable to make personal service, a copy was delivered in the following manner:

- ✓ Delivered to person found in charge of the usual place of business or employment during business hours and giving information of its purport,
  - Name and Title: _Alice Burg_ - _____
- o  Delivered to a family member, not a temporary sojourner or guest, aged sixteen or older, at the usual place of abode of the above named party,
  - Individual Name: _____
- o  Posted on the front door or other such entrance as appears to be the main entrance
- o  Not Found / Unable to Server

## Process Server:

_[signature]_

Notes: _____

Attempt(s): _____

_____

Subscribed and sworn to before me this _20th_ day of _July_, 2013,
by _Derek Baylor_, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public for the State of: _VA_

My Commission Expires: _May 2017_

_[Notary Seal: JUSTIN GREGORY REID NOTARY PUBLIC REG # 7208633 MY COMMISSION EXPIRES 5/31/2017 COMMONWEALTH OF VIRGINIA]_

_Signature of Notary Public_